| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 28 2013<br><br>JEFFREY P. COLWELL<br>CLERK |
| | · COURT USE ONLY · |
| Plaintiff: PATRICK G. HARTLEY, individually and on behalf of others similarly situated<br><br>v.<br><br>Defendants: TIME WARNER CABLE NY, LLC DBA TIME WARNER CABLE et. ALL. | Case No.: 13-CV-00158 vi`1`)<br>Div.: |
| **MOTION TO AMMEND CAPTION/DEFENDANT** | |

COMES NOW the Plaintiff, Patrick Hartley, pro-se litigant, requesting an amendment to the caption and named Defendant.

TIME WARNER CABLE, LLC DBA TIME WARNER CABLE was registered with the Secretary of State through December 27, 2012 and had a registered agent of CT Corporation, located at 1675 Broadway Street, Suite 1200, Denver, CO 80202.

TIME WARNER CABLE NY, LLC DBA TIME WARNER CABLE is registered with the Secretary of State currently and has a registered agent of CT Corporation, located at 1675 Broadway Street, Suite 1200, Denver, CO 80202.

The Plaintiff requests of this Court that this amendment be entered, as the Defendant withdrew business name 27 days before this original filing of this case and is using a business name that is extremely similar.

The Defendant has been served twice at the location of the registered agent at: CT Corporation, located at 1675 Broadway Street, Suite 1200, Denver, CO 80202.

Respectfully submitted this 28th day of January, 2013,

Patrick Hartley, Pro-Se Litigant