IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-PAB-MJW

PATRICK G. HARTLEY, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

TIME WARNER CABLE NY, LLC DBA TIME WARNER CABLE et. ALL. [sic],

Defendant(s)

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Ammend [sic] Caption/Defendant (Docket No. 10) is granted.  Accordingly, the tendered amended complaint (Docket No. 10-1) is accepted for filing as of the date of this Minute Order, and the caption is amended such that the defendant shall be "TIME WARNER CABLE NY, LLC DBA TIME WARNER CABLE et. ALL."

Date: January 30, 2013