IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-PAB-MJW

PATRICK G. HARTLEY, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

TIME WARNER CABLE NY, LLC DBA TIME WARNER CABLE et. ALL. [sic],

Defendant(s)

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Time Warner Cable LLC's Motion for Protective Order and Citation of Authority in Support (docket no. 27) is GRANTED. The written Protective Order (docket no. 27-2) is APPROVED as amended in paragraphs 6, 12, and 14 and made an Order of Court.

Date: April 8, 2013