**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
------------------------------------------------------------------------X
PATRICK G. HARTLEY, *individually and on behalf of all other individuals similarly situated*,

                *Plaintiffs*,

      *v.*

TIME WARNER NY CABLE LLC,

                *Defendant*.
------------------------------------------------------------------------X

**13 CV 158 (PAB)(MJW)**

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**

The undersigned, an attorney admitted and qualified to practice in the United States District Court for the District of Colorado, hereby enters an appearance on behalf of Plaintiffs in the above-captioned matter.

Dated: New York, New York
       July 25, 2013

                                            By:     s/ Walker G. Harman, Jr.
                                                     Walker G. Harman, Jr.
                                                     THE HARMAN FIRM, PC
                                                     *Attorneys for Plaintiffs*
                                                     200 West 57th Street, Suite 900
                                                     New York, New York 10019
                                                     Tel.: (212) 425-2600
                                                     Fax: (212) 202-3926
                                                     wharman@theharmanfirm.com