IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-PAB-MJW

PATRICK HARTLEY,

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

DECLARATION OF FARID JABBOUR

---

I, Farid Jabbour, state and depose as follows:

1. My name is Farid Jabbour. I am over the age of 18 and competent to give this Declaration.

2. This Declaration is given from my personal knowledge and based on my review of the books and records of Defendant Time Warner NY Cable LLC (the "Company"). I am the Human Resources Manager for the Company's Colorado Springs, Colorado facility.

3. Plaintiff Patrick G. Hartley is a former employee of TNY. Mr. Hartley was on leave pursuant to the Family and Medical Leave Act on April 25, 2011.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2013, at Colorado Springs, Colorado.

                                                              _/s/ Farid Jabbour_____
                                                              Farid Jabbour

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, a true and correct copy of the foregoing

**DECLARATION OF FARID JABBOUR** was e-served upon the following via ECF/PACER:

Walker G. Harman, Jr.
THE HARMAN FIRM, P.C.
200 West 57th Street, Suite 900
New York, NY 10123


                                              *s/ Nathan D. Chapman*
                                              Nathan D. Chapman