IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-RM-MJW

PATRICK HARTLEY,

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

DECLARATION OF NATHAN D. CHAPMAN IN SUPPORT OF DEFENDANT TIME WARNER NY CABLE LLC'S MOTION TO STRIKE THE AFFIDAVIT OF WALKER G. HARMAN, JR.

---

I, Nathan D. Chapman, hereby declare and state as follows:

1. I am over the age of 18 and competent to give this Declaration.

2. I am counsel of record for Defendant Time Warner NY Cable LLC ("Defendant" or "TNY") in the above-captioned matter and this Declaration is made based on my personal knowledge and a review of my files.

3. On July 18, 2013, I received a letter of representation from Walker G. Harman, Jr. An authentic duplicate of Mr. Harman's letter is attached hereto as **Exhibit 1**.

4. On September 12, 2013, I attempted to confer with Mr. Harman regarding the declaration he submitted in this action as D.E. 75. An authentic duplicate of my e-mail exchange with Mr. Harman is attached hereto as **Exhibit 2**.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 13, 2013, at Atlanta, Georgia.

NATHAN D. CHAPMAN

# EXHIBIT 1

# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

July 18, 2013

**VIA EMAIL (nchapman@wargofrench.com)**
Nathan D. Chapman, Esq.
Wargo French
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309

      Re:    *Hartley v. Time Warner NY Cable LLC*
              **13 CV 158 (D. Colo.)**

Dear Mr. Chapman:

      We have been engaged to pursue the above-referenced matter on behalf of Patrick G. Hartley and a putative class asserting claims under the Family and Medical Leave Act, the Fair Labor Standards Act, and other applicable laws. We are in the process of obtaining local counsel. We will be writing the Court to request an extension on any outstanding deadlines, including the scheduling of depositions. Going forward, please serve all papers on my office and cease all direct communication with Mr. Hartley.

      Furthermore, you are hereby on notice to preserve all documentation and electronically stored information that relates to Mr. Hartley's and the putative class members' employment at the Time Warner NY Cable, LLC ("TWC") call center in Colorado Springs. All information from TWC computer systems, removable electronic media, and other locations must be retained. This includes, but is not limited to, email and other electronic communication, word-processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files and network access information.

      TWC must also preserve the following platforms in their possession or in the possession of a third party under the control of TWC (such as an employee or outside vendor under contract) as they relate to Mr. Hartley's and the putative class members' employment at the TWC call center in Colorado Springs: any information created, maintained and/or retrievable by electronic means, whether on or by a computer chip, hard disk, removable disk, tape, laser device or other digitally recorded medium, or any other similar device, including but not limited to information stored in databases, networks, computer systems, including legacy systems (hardware and software), servers, archives, backup or disaster recovery systems, drives, cartridges and other storage media, laptops, personal computers, internet data, personal digital assistants, handheld wireless devices, mobile telephones, paging devices, and audio systems (including voicemail). As you know, the laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence.

Nathan D. Chapman, Esq.
July 18, 2013
Page 2 of 2

      Should you have any question or concern or wish to discuss this letter further, do not hesitate to call.  Thank you.

                              Very truly yours,
                              THE HARMAN FIRM, PC

                              _____s/_____
                              Walker G. Harman, Jr.

cc:    Brian M. Moss (via email, bmoss@theharmanfirm.com)
        Patrick G. Hartley (via email)

# EXHIBIT 2

# Chapman, Nathan

| | |
|---|---|
| **From:** | Walker G. Harman, Jr. <wharman@theharmanfirm.com> |
| **Sent:** | Thursday, September 12, 2013 5:30 PM |
| **To:** | Chapman, Nathan |
| **Cc:** | Brian Moss (bmoss@theharmanfirm.com); Sherman, Paul; Josh A. Marks (jam@bhgrlaw.com) |
| **Subject:** | Re: TWC/Hartley - Request to Meet and Confer re: Motion to Strike |

Mr. Chapman,

My Declaration is based on our review of the file, the docket, and information that has been produced by both parties in discovery. I stand by my declaration.

Walker Harman


Walker G. Harman, Jr.
Attorney at Law
THE HARMAN FIRM, PC
200 West 57th Street | Suite 900 | New York NY 10019
t 212.425.2600 | m 214.425.5653 | f 212.202.3926
wharman@theharmanfirm.com
www.theharmanfirm.com

This message and any attached file are intended only for the person or entity to which they are addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this message or the information herein by anyone other than the intended recipient, or an agent thereof, is prohibited. If you have received this message in error, please notify us immediately.


On Thu, Sep 12, 2013 at 4:47 PM, Chapman, Nathan <nchapman@wargofrench.com> wrote:

Mr. Harman, please pardon my typo. My question was: Are *you* now in possession of all of the books and records he has withheld in discovery that would allow you to have such knowledge?


Thanks,


Nate


**From:** Chapman, Nathan
**Sent:** Thursday, September 12, 2013 4:41 PM
**To:** 'Walker G. Harman, Jr.'

1

**Cc:** Brian Moss (bmoss@theharmanfirm.com); Sherman, Paul; Josh A. Marks (jam@bhgrlaw.com)
**Subject:** RE: TWC/Hartley - Request to Meet and Confer re: Motion to Strike

Mr. Harman:

To put it succinctly, your "declaration" is just a second brief. Indeed, you have even organized it as such.

Here are a few examples of particularly objectionable paragraphs:

**Improper legal conclusions**

¶ 14 (stating that Plaintiff acted in good faith during discovery);

¶ 25 (stating that Plaintiff is not in violation of any court order);

¶ 26 (claiming that discovery sought by Defendant would not lead to the discovery of admissible evidence);

¶ 28 (claiming information regarding Plaintiff's process serving business is irrelevant);

¶ 30 (claiming that Plaintiff's employment history is irrelevant).

These items scarcely need an explanation. Declarations are for factual matters, not legal argument.

**Improper Factual Statements:**

¶¶ 3-4, 29 (Plaintiff's work history and use of FMLA); and

¶ 27 (Plaintiff's income from his side-business as a process server).

We confirmed with the company that you never worked at Time Warner Cable. Therefore, you could not have personal knowledge of Mr. Hartley's work history or FMLA use. Similarly, Mr. Hartley confirmed in his deposition that he had no employees in his process serving business. Therefore, you could not have personal knowledge of Mr. Hartley's business

2

or his income from that business, which he did not report on his tax returns. Are now in possession of all of the books and records he has withheld in discovery that would allow you to have such knowledge. If so, you should produce them immediately.

Perhaps we are incorrect, but it seems dubious that you could actually have personal knowledge of these matters, as you declared under penalty of perjury. Please advise.

Of course, we'll seek our fees if we have to file a motion on such a patently improper declaration.

I'm at the office until 5:30 pm today and after 8 am or so tomorrow. Look forward to hearing from you.

Thanks,

Nathan D. Chapman

**Wargo French**

999 Peachtree Street, NE

26th Floor

Atlanta, Georgia 30309

Telephone: (404) 853-1535

Facsimile: (404) 853-1536

Email: nchapman@wargofrench.com

Website: www.wargofrench.com



**From:** Walker G. Harman, Jr. [mailto:wharman@theharmanfirm.com]
**Sent:** Thursday, September 12, 2013 4:18 PM
**To:** Chapman, Nathan
**Cc:** Brian Moss (bmoss@theharmanfirm.com); Sherman, Paul; Josh A. Marks (jam@bhgrlaw.com)
**Subject:** Re: TWC/Hartley - Request to Meet and Confer re: Motion to Strike

Mr. Chapman,

If you have some specific concerns please place them in writing.

After we have reviewed your writing concerns, we will schedule a meet and confer.

Thank you,

Walker


Walker G. Harman, Jr.

Attorney at Law

THE HARMAN FIRM, PC

200 West 57th Street | Suite 900 | New York NY 10019

t 212.425.2600 | m 214.425.5653 | f 212.202.3926

wharman@theharmanfirm.com

www.theharmanfirm.com

4

This message and any attached file are intended only for the person or entity to which they are addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this message or the information herein by anyone other than the intended recipient, or an agent thereof, is prohibited. If you have received this message in error, please notify us immediately.

On Thu, Sep 12, 2013 at 12:03 PM, Chapman, Nathan <nchapman@wargofrench.com> wrote:

Mr. Harman:

We request that you withdraw your improper declaration in opposition to Plaintiff's Motion to Compel [D.E. 75] by noon tomorrow. As I'm sure you are aware, your declaration is, in many respects, improper. For example, it contains factual allegations that are not made on your personal knowledge and legal arguments, which are improper in any declaration. Further, if you do have personal knowledge of the factual statements at issue in your declaration, which is dubious, we will need to move to disqualify you as counsel for Mr. Hartley.

We are available for the balance of today and tomorrow morning to meet and confer with you regarding this matter.

Feel free to call my direct line.

Regards,

Nathan D. Chapman

**Wargo French**

999 Peachtree Street, NE

26th Floor

Atlanta, Georgia 30309

Telephone: (404) 853-1535

Facsimile: (404) 853-1536

Email: nchapman@wargofrench.com

Website: www.wargofrench.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, a true and correct copy of the foregoing **DECLARATION OF NATHAN D. CHAPMAN IN SUPPORT OF DEFENDANT TIME WARNER NY CABLE LLC'S MOTION TO STRIKE THE DECLARATION OF WALKER G. HARMAN, JR.** was e-served upon the following via ECF/PACER:

Walker G. Harman , Jr.
THE HARMAN FIRM, P.C.
200 West 57th Street, Suite 900
New York, NY 10123

                                                         _s/ *Nathan D. Chapman*_
                                                       Nathan D. Chapman