IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s)

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that on **October 11, 2013, at 8:30 a.m.** Mountain Time in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294, a Telephone Motion Hearing shall be held before Judge Watanabe on Defendant Time Warner NY Cable LLC's Motion to Compel and for Attorneys' Fees (Docket No. 58).  Defense counsel shall initiate the call, and once all counsel are on the line shall call the court at (303) 844-2403.

     During this Motion Hearing, plaintiff shall be prepared to address defendant's arguments that the plaintiff's privilege and work product claims must be rejected, including the arguments that plaintiff waived his objections by failing to provide a privilege log during the discovery period, that some of the document listed on the log were already produced by third parties, and that some of the communications were with third parties.

     The court notes that in the response to this motion, plaintiff, through counsel, asserts that plaintiff had supplemented certain discovery and that plaintiff was in the process of gathering and providing additional responsive, non-privileged documents. (Docket No. 76 at 3).  Nevertheless, defendant asserts in its reply (Docket No. 78) that plaintiff still has not fully complied with his discovery obligations.  It is not clear, however, exactly which interrogatories and/or requests for production that defendant still seeks to have supplemented.  Consequently, it is further

     **ORDERED** that prior to the October 11 Motion Hearing, counsel for the parties shall confer regarding what discovery defendant still seeks to have supplemented, and counsel shall see if any agreement can be reached as to any such outstanding discovery.  If after conferring defendant still believes there is discovery that needs to be supplemented, on or before **October 7, 2013**, defendant shall file a supplement to its

2

motion in which defendant details such discovery, identifying it by interrogatory numbers and/or request for production numbers. It is further

**ORDERED** that on or before **12:00 noon on October 4, 2013**, plaintiff shall provide to the court for *in camera* review a copy of all of the documents that are listed in the plaintiff's privilege log (Docket No. 78-1). Plaintiff shall file such documents with a Level 2 restriction along with an appropriate motion to restrict access. See D.C.COLO.LCivR 7.2.

Date: September 26, 2013