**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 13-cv-00158-RPM-MJW

PATRICK HARTLEY,

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

**DEFENDANT TIME WARNER NY CABLE LLC'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND/OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S JURY DEMAND**

---

Defendant Time Warner NY Cable LLC ("Defendant") filed a Motion for Partial Dismissal of Plaintiff's Complaint on May 28, 2013 ("Motion to Dismiss"). [D.E. 45.] In that Motion, Defendant sought the dismissal of Plaintiff's claims under the Colorado Anti-Discrimination Act ("CADA") and the Americans with Disabilities Act ("ADA"). On August 22, 2013, the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulated to the dismissal, with prejudice, of Plaintiff's ADA claim and the gender discrimination portion of his claim under CADA. [D.E. 71.] On August 27, 2013, the Parties stipulated to the dismissal, with prejudice, of Plaintiff's sexual-orientation discrimination claim under CADA pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [D.E. 72.] The foregoing stipulations have resulted in the complete dismissal of Plaintiff's ADA and CADA claims and therefore mooted Defendant's Motion to Dismiss. Accordingly, Defendant hereby withdraws its Motion to Dismiss.

Respectfully submitted, this 3rd day of October, 2013.

          s/ *Paul G. Sherman*
          Nathan D. Chapman
          Paul G. Sherman
          WARGO & FRENCH LLP
          999 Peachtree Street, NE
          26th Floor
          Atlanta, Georgia 30309
          Tel: (404) 853-1500
          Fax: (404) 853-1501
          Email: nchapman@wargofrench.com
            psherman@wargofrench.com

          Josh A. Marks
          BERG HILL GREENLEAF & RUSCITTI LLP
          1712 Pearl Street
          Boulder, CO 80302
          Tel: (303) 402-1600
          Fax: (303) 402-1601
          Email: jam@bhgrlaw.com

          *Attorneys for Defendant Time Warner NY Cable LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, a true and correct copy of this **DEFENDANT TIME WARNER NY CABLE LLC'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND/OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S JURY DEMAND** was e-served upon the following via ECF/PACER:

>Walker G. Harman , Jr.
>THE HARMAN FIRM, P.C.
>200 West 57th Street, Suite 900
>New York, NY 10123

      s/ *Paul G. Sherman*
      Paul G. Sherman