# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-00158-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   October 11, 2013 | Courtroom Deputy, Cathy Pearson |

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| PATRICK G. HARTLEY, | Walker G. Harman, Jr. |
| Plaintiff, | |
| v. | |
| TIME WARNER NY CABLE, LLC, | Nathan D. Chapman |
| | Paul G. Sherman |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC HEARING**:   MOTION   HEARING
**Court in session:**   8:52 a.m.
Court calls case.  Appearances of counsel by telephone.

The Court raises Defendant's Motion to Compel and for Attorneys' Fees for argument.

The Court makes findings on the record.

**It is ORDERED:**   Defendant's MOTION TO COMPEL AND FOR ATTORNEYS' FEES [Docket No. **58**, filed July 03, 2013] is **GRANTED IN PART and DENIED IN PART** for reasons as set forth on the record.  Production of discovery as outlined by the Court shall be made by Plaintiff on or before **October 28, 2013.**  Defendant is awarded attorneys' fees for having to bring this motion.  The parties shall meet and confer regarding attorneys' fees and costs and attempt to agree on an amount. The parties shall file a stipulated amount by **October 18, 2013.**  If the parties cannot agree on the amount of attorneys' fees and costs, Defendant's counsel shall file an itemized affidavit for attorneys' fees and costs on or before **October 18, 2013**; Plaintiff's counsel shall file a response to the affidavit on or before **October 25, 2013**; and any reply by Defendant's counsel shall be filed on or before **November 1, 2013.**

The Court raises Defendant's Motion to Amend the Scheduling Order for discussion.

**It is ORDERED:**   Defendant's MOTION TO AMEND THE SCHEDULING ORDER [Docket No. **85**, filed September 27, 2013] is **GRANTED.**  The following deadlines and hearings are amended:

- Discovery cutoff is extended to **January 13, 2014.**
- Dispositive Motion deadline is extended to **February 13, 2014.**
- The Final Pretrial Conference set for December 2, 2013, is VACATED and **RESET** to **April 14, 2014, at 10:30 a.m.**  The proposed Final Pretrial Order shall be filed on or before **April 7, 2014.**

Discussion held regarding other pending motions.

Hearing concluded.
**Court in recess:**     9:58 a.m.
Total In-Court Time:   01:06

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.