IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-PAB-MJW

_____

PATRICK G. HARTLEY,

          Plaintiff,

v.

TIME WARNER NY CABLE LLC,

          Defendant.

_____

### PLAINTIFF'S MOTION FOR RECONSIDERATION
_____

Plaintiff, Patrick G. Hartley, by and through his attorneys, The Harman Firm, PC, hereby submits the following Motion For Reconsideration with regard to the November 4, 2013 Order in which the Court awarded Defendant $2,500 in attorneys' fees.

Plaintiff respectfully requests that the Court reconsider its award because of Plaintiff's lack of financial resources. Attached hereto as Exhibit A and Exhibit B are an Affidavit executed by Plaintiff in which he shows his inability to pay the award and a copy of his most current bank statement. In light of the foregoing, Plaintiff respectfully requests that the Court reconsider the November 14, 2013 Order.

Dated: New York, New York
       November 18, 2013

                                                    By: _____s/_____
                                                          Walker G. Harman, Jr.
                                                         THE HARMAN FIRM, PC
                                                         *Attorneys for Plaintiff*
                                                          200 West 57th Street, Suite 900
                                                         New York, New York 10019
                                                         Tel.: (212) 425-2600
                                                         Fax: (212) 202-3926
                                                         wharman@theharmanfirm.com