**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 13-cv-00158-PAB-MJW

PATRICK G. HARTLEY,

        Plaintiff,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

## AFFIDAVIT OF PATRICK G. HARTLEY

I, Patrick G. Hartley, under penalty of perjury, hereby affirm as follows:

1. On November 4, 2013, the Court ordered me to pay $2,500 in attorneys fees to Defendant.

2. I submit this affidavit and the accompanying exhibits as proof that I do not have the financial resources to pay this sum.

3. I have been unemployed since August 15, 2013.

4. My monthly income consists of a $904 bi-weekly unemployment benefit on which I pay taxes.

5. I previously earned additional income as a process server; however, I have not served process since Defendants issued subpoenas to the law firms I worked with.

6. I also suffer from depression and anxiety, which has worsened due to the stress and burden of having less income.

7. My estimated monthly expenses are $1,740, as follows:

      a.     Rent - $500/month;

      b.     Phone - $140/month;

      c.     Utilities - $200/Month;

      d.     Cable - $120/Month;

      e.     Food - $300/Month;

      f.     Gas & Car Maintenance - $200/Month;

      g.     Incidentals/Pet Care - $120/Month;

      h.     Vehicle & Renter's Insurance - $45/Month; and

      i.     Medications/Doctor Visits - $150/Month.

8. Attached hereto as Exhibit 1 are copies of my most recent bank account statement.

9. I respectfully request that the Court reconsider the fee award in light of my financial situation.

10. I affirm that the foregoing Affidavit and statements therein are true and correct to the best of my knowledge and belief except if stated upon information and belief, and as to those statements, I believe them to be true.

                                                                       Patrick G. Hartley

Sworn to before me this 18th day of November 2013

Notary Public



CRYSTAL RENE SMITH-OGLE
Notary Public
State of Colorado
Notary ID 20134041774
My Commission Expires Jul 17, 2017

2