```
ADAMS BANK & TRUST            14                              PAGE:      1
1310 GARDEN OF THE GODS ROAD        ACCOUNT:                  11/13/2013
COLORADO SPRINGS, CO 80907          DOCUMENTS:         0


TELEPHONE:719-448-0707




                PATRICK G HARTLEY                                    38
                3930 HICKORY HILL DR                                  0
                COLORADO SPRINGS CO  80906-6111                       0


===============================================================================
    WWW.ABTBANK.COM
===============================================================================
                            CHECKING ACCOUNT
===============================================================================
        DESCRIPTION          DEBITS       CREDITS    DATE          BALANCE

BALANCE LAST STATEMENT  ..............................  10/09/13        .29
BALANCE THIS STATEMENT  ..............................  11/13/13        .29

TOTAL CREDITS     (0)         .00    MINIMUM BALANCE                    .29
TOTAL DEBITS      (0)         .00    AVG AVAILABLE BALANCE              .29
                                     AVERAGE BALANCE                    .29

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

        ****************************************************************
        *                         |  TOTAL FOR    |    TOTAL           *
        *                         |  THIS PERIOD  |  YEAR TO DATE      *
        *------------------------------------------------------------- *
        * TOTAL OVERDRAFT FEES:   |     $.00      |     $.00           *
        *------------------------------------------------------------- *
        * TOTAL RETURNED ITEM FEES: |   $.00      |     $.00           *
        ****************************************************************
```

```
          ADAMS BANK & TRUST         14                              PAGE:    1
          1310 GARDEN OF THE GODS ROAD    ACCOUNT:                   11/13/2013
          COLORADO SPRINGS, CO 80907      DOCUMENTS:          1


          TELEPHONE:719-448-0707




                  PATRICK G HARTLEY
                  BILLS                                              38
                  3930 HICKORY HILL DR                                0
                  COLORADO SPRINGS CO   80906-6111                    1



==================================================================================
     WWW.ABTBANK.COM
==================================================================================
                          CHECKING ACCOUNT
==================================================================================
           DESCRIPTION          DEBITS        CREDITS     DATE         BALANCE

BALANCE LAST STATEMENT ................................. 10/09/13        47.10
205270 PURCHASE PETCO 941 6350941 COLORADO SPRI CO
    PETCO 941 63509              6.55                    10/10/13        40.55
203333 PURCHASE MCDONALD'S F11028 COLORADO SPRI CO
    MCDONALD'S F110             11.93                    10/10/13        28.62
200676 PURCHASE 7-ELEVEN 24460 SECURITY CO 7-ELEVEN
    24460                       16.24                    10/10/13        12.38
CAPITAL ONE MOBILE PMT         350.00                    10/15/13       337.62-
NSF FEE PAID CHARGE             35.00                    10/16/13       372.62-
52275694800215114COLORADO DEPT OF LABOR AND
    EMPLOYMENT, UI BENEFIT PAYMENT.            774.00    10/17/13       401.38
284401 CASH WITHDRAWAL 265 E CHEYENNE MNTN COLO
    SPRINGS CO 005863           60.00                    10/17/13       341.38
291579 PURCHASE LOAF N JUG #0036 COLORADO SPRI CO LOAF
    N JUG #0036                 19.71                    10/18/13       321.67
291761 PURCHASE WWW 877-825-3242 US Las Vegas NV
    Credit One Bank            170.95                    10/18/13       150.72
330379 PURCHASE 141 E OLD BROADMOORUS COLORADO SPRI CO
    OREILLY AUT                  8.50                    10/21/13       142.22
315076 PURCHASE PETSMART INC 1002 CO SPRINGS CO
    PETSMART INC 1002           15.69                    10/21/13       126.53
315622 PURCHASE COAL MINE DRAGON COLORADO SPRI CO COAL
    MINE DRAGON                 24.00                    10/21/13       102.53
303474 PURCHASE APEX SPORTS, INC COLORADO SPRI CO APEX
    SPORTS, INC                 60.96                    10/21/13        41.57
333542 PURCHASE 7-ELEVEN 24398 COLORADO SPRI CO
    7-ELEVEN 24398               2.04                    10/22/13        39.53
344781 PURCHASE CORNER STORE 1160 COLORADO SPRI CO
    CORNER STORE 11              7.93                    10/23/13        31.60
344778 PURCHASE CORNER STORE 1160 COLORADO SPRI CO
    CORNER STORE 11             10.25                    10/23/13        21.35
                        * * * C O N T I N U E D * * *
```

```
                    ADAMS BANK & TRUST                                      PAGE:       2
                    1310 GARDEN OF THE GODS ROAD      ACCOUNT:              11/13/2013
                    COLORADO SPRINGS, CO 80907        DOCUMENTS:         1


                TELEPHONE:719-448-0707

                        PATRICK G HARTLEY

===============================================================================
                              CHECKING ACCOUNT
===============================================================================
            DESCRIPTION              DEBITS      CREDITS    DATE        BALANCE

345715 PURCHASE MCDONALD'S F24346 COLORADO SPRI CO
    MCDONALD'S F243                  12.58                10/23/13         8.77
389479 PURCHASE CORNER STORE 1160 COLORADO SPRI CO
    CORNER STORE 11                   2.99                10/28/13         5.78
52275694800261817COLORADO DEPT OF LABOR AND
    EMPLOYMENT, UI BENEFIT PAYMENT.             774.00    10/30/13       779.78
424891 CASH WITHDRAWAL 265 E CHEYENNE MNTN COLO
    SPRINGS CO 005914               200.00                10/30/13       579.78
432534 PURCHASE PETCO 941 6350941 COLORADO SPRI CO
    PETCO 941 63509                  33.32                10/31/13       546.46
448287 PURCHASE CARLS JR 7217 COLORADO SPRI CO CARLS
    JR 7217                           8.06                11/01/13       538.40
443203 PURCHASE PETCO 941 6350941 COLORADO SPRI CO
    PETCO 941 63509                  26.85                11/01/13       511.55
443066 PURCHASE COST CUTTERS COLORADO SPGS CO COST
    CUTTERS                          29.90                11/01/13       481.65
441008 PURCHASE VALLEY PETS FOUNTAIN CO VALLEY PETS
    330421980001                     48.55                11/01/13       433.10
455847 PURCHASE PETCO 941 6350941 COLORADO SPRI CO
    PETCO 941 63509                   8.59                11/04/13       424.51
454414 PURCHASE VALLEY PETS FOUNTAIN CO VALLEY PETS
    330529980001                     12.95                11/04/13       411.56
454682 PURCHASE LOAF N JUG #0036 COLORADO SPRI CO LOAF
    N JUG #0036                      22.34                11/04/13       389.22
CHECK                               389.00                11/04/13          .22
PAYPAL ECHECK                        72.94                11/12/13        72.72-
52275694800302099COLORADO DEPT OF LABOR AND
    EMPLOYMENT, UI BENEFIT PAYMENT.             774.00    11/13/13       701.28
BALANCE THIS STATEMENT ............................       11/13/13       701.28

TOTAL CREDITS        (3)        2,322.00    MINIMUM BALANCE              372.62-
TOTAL DEBITS        (28)        1,667.82    AVG AVAILABLE BALANCE        117.72
                                            AVERAGE BALANCE              117.72


===============================================================================
                           YOUR CHECKS SEQUENCED
===============================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

11/04               389.00
                         * * *  C O N T I N U E D  * * *
```

Case 1:13-cv-00158-RM-MJW  Document 103-2  Filed 11/18/13  USDC Colorado  Page 3 of 6

```
ADAMS BANK & TRUST              14                                      PAGE:    3
1310 GARDEN OF THE GODS ROAD       ACCOUNT:                          11/13/2013
COLORADO SPRINGS, CO 80907         DOCUMENTS:

TELEPHONE:719-448-0707

             PATRICK G HARTLEY

================================================================================
                           CHECKING ACCOUNT
================================================================================

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

        ********************************************************************
        *                              |   TOTAL FOR    |      TOTAL        *
        *                              |  THIS PERIOD   |  YEAR TO DATE     *
        *--------------------------------------------------------------------*
        * TOTAL OVERDRAFT FEES:        |     $35.00     |     $35.00        *
        *--------------------------------------------------------------------*
        * TOTAL RETURNED ITEM FEES:    |      $.00      |     $35.00        *
        ********************************************************************
```

PATRICK G HARTLEY _511391 Page 4

| DDA - DEBIT TRANSACTION FORM | |
|---|---|
| ACCOUNT NAME Patrick Hartley | DATE 11/4/13 |
| PREPARED BY LPGH | |
| REGULAR DEMAND DEPOSIT TRANSACTIONS | AMOUNT $ 389.00 |
| 24 - INTEREST ON DEMAND DEPOSIT | 26 - LOAN PAYMENT |
| 25 - OVERDRAFT CHARGE | 45 - POWER OF CHECK |
| 31 - CHECK HANDLING CHARGE | 52 - FINAL LAST CHECK |
| 35 - FEDERAL WITHHOLDING | 53 - SERVICE CHARGE |
| 36 - STATE WITHHOLDING | 54 - SALES TAX |
| 32 - MISC FEE | 84 - CLOSE ACCOUNT WITHDRAWAL |
| 43 - CANCEL APPROVED CHECK | ACCOUNT NUMBER 251138 W |
| [signature] ⑆ 5110⑆00000⑆ | 899 |

0   $389.00   11/04/2013

## All activity (with balance) - Oct 19, 2013 to Nov 18, 2013

| Date | Type | Name/Email | Payment status | Order status/Actions | Gross | Fee | Net amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Nov 16, 2013 | Payment To | eBay Inc. | Completed | | -$4.72 | $0.00 | -$4.72 USD | $0.00 USD |
| Nov 16, 2013 | Transfer From | Credit Card | Completed | | $2.80 | $0.00 | $2.80 USD | $4.72 USD |
| Nov 14, 2013 | Update To | Finaddict Aquatic Collections | Cleared | | -$72.94 | $0.00 | -$72.94 USD | $1.92 USD |
| Nov 10, 2013 | Payment To | Finaddict Aquatic Collections | Cleared | | -$72.94 | $0.00 | -$72.94 USD | $1.92 USD |
| Nov 10, 2013 | Transfer From | Bank Account | Completed | | $72.94 | $0.00 | $72.94 USD | $1.92 USD |
| Oct 30, 2013 | Payment To | Vistaprint Netherlands B.V. | Completed | | -$3.99 | $0.00 | -$3.99 USD | $1.92 USD |
| Oct 24, 2013 | Payment To | Netflix, Inc. | Completed | | -$8.19 | $0.00 | -$8.19 USD | $5.91 USD |