IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-PAB-MJW

PATRICK G. HARTLEY,

        Plaintiff,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

**PLAINTIFF'S MOTION TO STAY**

Pursuant to D.C.Colo.L.Civ.R. 30.2, Plaintiff, Patrick G. Hartley, by and through his attorneys, The Harman Firm, PC, hereby submits the following Motion To Stay the portion of the Court's November 4, 2013 Order in which the Court awarded Defendant $2,500 in attorneys' fees.

On November 18, 2013 Plaintiff filed a Motion for Reconsideration of the November 4, 2013 asking the Court to reconsider the award in light of Plaintiff's lack of financial resources. (Docket No. 103). The Order requires Plaintiff to pay the $2,500 by November 29, 2013, and pending his Motion for Reconsideration, Plaintiff respectfully requests a stay.

Plaintiff has a likelihood of success on his Motion for Reconsideration. The Court was previously unaware of Plaintiff's dire financial straits. There is a real threat of irreparable harm to Plaintiff if he is required to pay the $2,500 by November 29, 2013. He cannot afford it, and it will likely bankrupt him. (*See* Docket No. 103, Exhibits 1 &2, Affidavit of Patrick G. Hartley & Bank Account Statement). Defendant will not be harmed if the Order is stayed. Defendant is a large corporation. The award of $2,500 is a de minimus amount of money for them. There is no

harm to the public interest if the stay is granted. The portion of the Order to which restraint is sought pertains to fees in a discovery dispute. It does not affect the public.

On November 27, 2013, our office attempted to meet and confer with counsel for Defendant pursuant to D.C.Colo.L.Civ.R. 7.1. However, counsel for Defendant did not respond.

In light of the foregoing, we respectfully request that the stay be granted pending the determination of Plaintiff's Motion for Reconsideration.

Dated: New York, New York
November 27, 2013

By: _____s/_____
Walker G. Harman, Jr.
THE HARMAN FIRM, PC
*Attorneys for Plaintiff*
200 West 57th Street, Suite 900
New York, New York 10019
Tel.: (212) 425-2600
Fax: (212) 202-3926
wharman@theharmanfirm.com