**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 13-cv-00158-PAB-MJW

PATRICK HARTLEY,

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

Defendant Time Warner NY Cable LLC ("TNY"), by and through its counsel of record, pursuant to D.C. COLO.LCivR 40.2(b), hereby gives notice of a settlement of all issues between the parties.  TNY respectfully requests that this Honorable Court allow thirty (30) days from this filing for Plaintiff to file a final dismissal with prejudice.  In the interim, the parties request a stay of all remaining deadlines in this case.

Dated: December 13, 2013.

[signature appears on the next page]

s/ *Nathan D. Chapman*
Nathan D. Chapman
Paul G. Sherman
Wargo & French LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Tel: (404) 853-1500
Fax: (404) 853-1501
Email: nchapman@wargofrench.com
 psherman@wargofrench.com

Josh A. Marks
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Tel: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com

*Attorneys for Defendant Time Warner NY Cable LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, a true and correct copy of this **NOTICE OF SETTLEMENT** was e-served upon the following via ECF/PACER:

Walker G. Harman, Jr.
THE HARMAN FIRM, P.C.
200 West 57th Street, Suite 900
New York, NY 10123

                                          s/ *Nathan D. Chapman*
                                          Nathan D. Chapman