**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 13-cv-00158-PAB-MJW

PATRICK G. HARTLEY,

        Plaintiff,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

**AFFIRMATION OF WALKER G. HARMAN, JR., IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Walker G. Harman, Jr., hereby affirms under penalty of perjury as follows:

1. I am the managing partner of The Harman Firm, PC, which is counsel to Plaintiff in the above-captioned matter.

2. I submit this affirmation in support of my firm's motion pursuant to D. C. Colo. L. Atty. R. 5(b) ("Rule 65(b)") to withdraw as Plaintiff's counsel.

3. The reason for the withdrawal is that there has been a breakdown in communication and the attorney-client relationship. *See Taylor v. E.K. Panico*, No. 07-cv-985, 2010 WL 3835786, at * 2 (D. Colo. Sept. 23, 2010).

4. Further statements would violate the Rules of Professional Conduct; however, they can be submitted to the Court for in-camera review if necessary.

5. Pursuant to Local Rule 5(b), Notice and this Affirmation were served on Plaintiff via FedEx overnight delivery at 3930 Hickory Hill Drive, Colorado Springs, CO 80906.

2

Dated: New York, New York   Respectfully submitted,
       February 3, 2014

By: _____s/_____
Walker G. Harman, Jr.
THE HARMAN FIRM, PC
*Attorneys for Plaintiff*
1776 Broadway, Suite 2030
New York, New York 10019
Tel.: (212) 425-2600
Fax: (212) 202-3926
wharman@theharmanfirm.com