# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-PAB-MJW

_____

PATRICK G. HARTLEY,

           Plaintiff,

v.

TIME WARNER NY CABLE LLC,

           Defendant.

_____

## CERTIFICATE OF SERVICE
_____

I, Brian M. Moss, under penalty of perjury, hereby affirm as follows:

1.    I am over the age of eighteen (18) and not a party to the above-captioned case.

2.    On February 3, 2014, I mailed, via FedEx overnight delivery, a true and correct copy of the foregoing Notice To Withdraw as Plaintiff's Counsel Pursuant to D.C. Colo. L. Atty. R. 5(b) and Affirmation of Walker G. Harman, Jr., In Support of Motion to Withdraw as Counsel for Plaintiff upon the following:

        Patrick G. Hartley
        3930 Hickory Hill Drive
        Colorado Springs, CO  80906

        _____s/_____
        Brian M. Moss
        THE HARMAN FIRM, PC
        1776 Broadway, Suite 2030
        New York, New York 10019
        (212) 425-2600

Dated:  February 3, 2014
       New York, NY