IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s)

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that a Motion Hearing shall be held before Magistrate Judge Watanabe on the motion to withdraw as counsel for plaintiff (Docket No. 118) on February 11, 2014, at 11:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  **Plaintiff's counsel and plaintiff shall appear in person.**  Any written response to the motion to withdraw (Docket No. 118) shall be filed on or before 12 noon on February 10, 2014.  Plaintiff's counsel shall forthwith send a copy of this Minute Order to the plaintiff and file a certificate of mailing with the court.

Date: February 4, 2014