# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

        Plaintiff,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

## MOTION TO APPEAR BY TELEPHONE AT STATUS CONFERENCE

Plaintiff hereby moves for an order allowing the undersigned counsel, The Harman Firm, PC, to appear by telephone at the status conference set for February 11, 2014 at 11:00 a.m., in the above-captioned matter.

As the Court is aware, we have also recently moved to be removed as counsel for Plaintiff. In light of the pending motion, it appears that our appearance at the status conference will be unnecessary. However, should an appearance from my firm be required, we respectfully request permission to appear telephonically. A personal appearance will add to the cost of this action by requiring approximately twelve (12) hours of time (including travel), as well as airfare and lodging.

Furthermore, I had previously indicated I would be in Colorado the week of the hearing for depositions in another matter. However, local counsel in that matter is now covering the depositions and settlement negotiations are underway making my presence in Colorado unnecessary as to that matter.

2

We have conferred with counsel for Defendant.  They do not oppose this motion.

Dated:      New York, New York            Respectfully submitted,
            February 4, 2014

                                    By:      s/   Walker G. Harman, Jr.
                                          Walker G. Harman, Jr.
                                          THE HARMAN FIRM, PC
                                          *Counsel for Plaintiff*
                                          1776 Broadway, Suite 2030
                                          New York, New York 10019
                                          (212) 425-2600

2