# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019

TELEPHONE 212.425.2600 | FAX 212.202.3926

WWW.THEHARMANFIRM.COM

February 10, 2014

**VIA ECF**
Hon. Michael J. Watanabe
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

      Re:    *Hartley v. Time Warner NY Cable, LLC*
               **13-cv-00158-RM-MJW (D. Colo.)**

Dear Judge Watanabe:

      We are writing the Court concerning Plaintiff Patrick G. Hartley, from whose representation this firm seeks to withdraw.

      It is our understanding that the Plaintiff, that is Mr. Patrick G. Hartley was ordered to respond by 12:00 p.m. today to February 4, 2014 Order (Docket No. 121) which was in response to our intention to withdraw from representing Mr. Hartley.

      However, as it appears that Mr. Hartley has not filed these documents, we annex Mr. Hartley's intended filings hereto exactly as they were forwarded to this office.

      We note that Mr. Hartley threatens the dissolution of the attorney-client and work-product privileges with the enclosed. We also wish to alert the Court that we deny the allegations that we have seen in Mr. Hartley's papers. However, we have not even had the chance to review them thoroughly. To that end, we will not herein respond to each of them unless the Court should request it.

                    Respectfully submitted,

                    s/ Walker G. Harman, Jr.
                    Walker G. Harman, Jr.

Encls.

cc:    Patrick G. Hartley (via email)
        Josh A. Marks, Esq. (via ECF)
        Nathan D. Chapman, Esq. (via ECF)
        Paul G. Sherman, Esq. (via ECF)