**Chris McKitrick**
(719) 314-9439

> Oh man I gotta prepare for teaching this week how about this weekend? My girl is out of town and I need someone to look out for me lol    5:52PM

5:53PM  Lol. For sure. Ill look out for ya. Lol. I gotta be in denver next week to meet with my attorney.

> Cool I'm surprised he didn't call me back I know a lot about how they came down on bullshit attendance violations for fmla people    5:55PM

> Going back an entire year and busting them for every late entry even for 3 minutes    5:55PM

Enter message