

Patrick Hartley <patrickghartley@gmail.com>

# Plaintiff's Interrogatories and Requests for Production 13-cv-158-rm-mjw
7 messages

**Patrick Hartley** <patrickghartley@gmail.com>                                                          Mon, May 20, 2013 at 7:28 AM
To: "Chapman, Nathan" <nchapman@wargofrench.com>, "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Gentlemen,

   As you know, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, your responses to Plaintiff's first discovery requests sent to you (Interrogatories and Requests for Production) were due on Friday, May 17, 2013.  I have not received your responses.  Accordingly, please provide complete responses by no later than Tuesday, May 21, 2013.

Cordially,

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com


The information contained in this email communication is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.


**Chapman, Nathan** <nchapman@wargofrench.com>                                                           Mon, May 20, 2013 at 8:36 AM
To: Patrick Hartley <patrickghartley@gmail.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

You are incorrect.  The responses are due today.  We will serve them in accordance with the rules.

Sent from my iPhone

On May 20, 2013, at 9:34 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>> wrote:

Gentlemen,

   As you know, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, your responses to Plaintiff's first discovery requests sent to you (Interrogatories and Requests for Production) were due on Friday, May 17, 2013.  I have not received your responses.  Accordingly, please provide complete responses by no later than Tuesday, May 21, 2013.

Cordially,

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>

[Quoted text hidden]

---

**Patrick Hartley** <patrickghartley@gmail.com>                                  Tue, May 21, 2013 at 7:13 AM
To: "Chapman, Nathan" <nchapman@wargofrench.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Gentlemen,

    After reading your responses yesterday, only one question arises:  What discovery do you actually have relevant to 13-cv-158 that can be produced?

As you have asserted absurd objections to every interrogatory and request for production. if you do not produce discovery, i will write a motion to compel.  failure to respond and provide discovery or failure to respond to this email by the 5pm on May 22, 2013 will result in my assumption that this email will suffice as conferring with Defendant. there is no need waste time trying to explain what it is that i am looking for, as the interrogatories and requests are very specific, specific enough as indicated by your responses of attorney client privilege and work product privilege, which is yet again absurd - especially on requests about the Plaintiff.

Cordially,


Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com


The information contained in this email communication is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.


[Quoted text hidden]

---

**Chapman, Nathan** <nchapman@wargofrench.com>                                  Wed, May 22, 2013 at 11:20 AM
To: Patrick Hartley <patrickghartley@gmail.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Mr. Hartley:

We anticipate producing responsive documents to you by Friday.

With respect to any issues you have with Defendant's objections to your discovery requests, which you have not

explained beyond your statement that they are "absurd," you are required to meet and confer with us prior to filing a motion to compel.  Simply telling us that there is no point in conferring is insufficient under the Federal Rules of Civil Procedure and the court's local rules.  Accordingly, should you wish to discuss any purported deficiencies in Defendant's discovery responses, you should propose a time to conduct a telephone conference to meet and confer properly.

Please be advised that if you file a motion to compel before conferring with us, we will seek our attorney's fees and costs associated with responding to your motion.

Regards,

Nathan Chapman

Sent from my iPhone

On May 21, 2013, at 8:13 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>> wrote:

Gentlemen,

    After reading your responses yesterday, only one question arises:  What discovery do you actually have relevant to 13-cv-158 that can be produced?

As you have asserted absurd objections to every interrogatory and request for production. if you do not produce discovery, i will write a motion to compel.  failure to respond and provide discovery or failure to respond to this email by the 5pm on May 22, 2013 will result in my assumption that this email will suffice as conferring with Defendant. there is no need waste time trying to explain what it is that i am looking for, as the interrogatories and requests are very specific, specific enough as indicated by your responses of attorney client privilege and work product privilege, which is yet again absurd - especially on requests about the Plaintiff.

Cordially,



Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>


The information contained in this email communication is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.



On Mon, May 20, 2013 at 8:36 AM, Chapman, Nathan <nchapman@wargofrench.com<mailto:nchapman@wargofrench.com>> wrote:
You are incorrect.  The responses are due today.  We will serve them in accordance with the rules.

Sent from my iPhone

On May 20, 2013, at 9:34 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com> <mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>> wrote:

Gentlemen,

    As you know, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, your responses to Plaintiff's first discovery requests sent to you (Interrogatories and Requests for Production) were due on Friday, May 17, 2013.  I have not received your responses.  Accordingly, please provide complete responses by no later than Tuesday, May 21, 2013.

Cordially,

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241<tel:719-200-8241>
719-964-6101<tel:719-964-6101>
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>

[Quoted text hidden]

---

**Patrick Hartley** <patrickghartley@gmail.com>                                                       Thu, May 23, 2013 at 2:31 PM
To: Nathan Chapman <nchapman@wargofrench.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, Paul Sherman <psherman@wargofrench.com>

Gentlemen,

Let me be as clear as possible, I am willing to confer with you via email as everything must be documented after your misleading threats in previous telephone conversations.  I did not say there is no point in conferring; however, I did say that my requests were detailed enough that no further explanation is needed in regards to what I am looking for - especially when requests are related to the Plaintiff.

Additionally,  How will your responsive documents be delivered to me tomorrow?  How will you be sending me this discovery? What is the tracking number?

Cordially,

Patrick Hartley
[Quoted text hidden]

---

**Chapman, Nathan** <nchapman@wargofrench.com>                                                       Thu, May 23, 2013 at 8:11 PM
To: Patrick Hartley <patrickghartley@gmail.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>, "Westenberger, Bonnie P." <bwestenberger@wargofrench.com>

Mr. Hartley:

First, no one has threatened you.  Second, your blanket characterization of Defendant's discovery responses as "absurd" without explanation is neither clear nor sufficient to satisfy your conferral obligations under the federal or local rules.  Indeed, your e-mail gives us no basis upon which to evaluate the actual issues, if any, that you have with Defendant's discovery responses.  Simply put, your e-mail appears to be more saber-rattling than an invitation to dialogue.

This e-mail will confirm that we stand ready to confer with you regarding any specific issues you may have, provided that you raise those issues in a constructive manner--i.e., without further name calling and baseless accusations against counsel.

You will receive Defendant's document production tomorrow. I will have my assistant, Bonnie, e-mail you the tracking number in the morning.

Regards,

Nathan D. Chapman
Wargo French
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1535
Facsimile: (404) 853-1536
Email: nchapman@wargofrench.com<mailto:nchapman@wargofrench.com>

On May 23, 2013, at 4:31 PM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>> wrote:

Gentlemen,

Let me be as clear as possible, I am willing to confer with you via email as everything must be documented after your misleading threats in previous telephone conversations. I did not say there is no point in conferring; however, I did say that my requests were detailed enough that no further explanation is needed in regards to what I am looking for - especially when requests are related to the Plaintiff.

Additionally, How will your responsive documents be delivered to me tomorrow? How will you be sending me this discovery? What is the tracking number?

Cordially,

Patrick Hartley

On May 22, 2013 11:20 AM, "Chapman, Nathan" <nchapman@wargofrench.com<mailto:nchapman@wargofrench.com>> wrote:
Mr. Hartley:

We anticipate producing responsive documents to you by Friday.

With respect to any issues you have with Defendant's objections to your discovery requests, which you have not explained beyond your statement that they are "absurd," you are required to meet and confer with us prior to filing a motion to compel. Simply telling us that there is no point in conferring is insufficient under the Federal Rules of Civil Procedure and the court's local rules. Accordingly, should you wish to discuss any purported deficiencies in Defendant's discovery responses, you should propose a time to conduct a telephone conference to meet and confer properly.

Please be advised that if you file a motion to compel before conferring with us, we will seek our attorney's fees and costs associated with responding to your motion.

Regards,

Nathan Chapman

Sent from my iPhone

On May 21, 2013, at 8:13 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>

<mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>> wrote:

Gentlemen,

   After reading your responses yesterday, only one question arises:  What discovery do you actually have relevant to 13-cv-158 that can be produced?

As you have asserted absurd objections to every interrogatory and request for production. if you do not produce discovery, i will write a motion to compel.  failure to respond and provide discovery or failure to respond to this email by the 5pm on May 22, 2013 will result in my assumption that this email will suffice as conferring with Defendant. there is no need waste time trying to explain what it is that i am looking for, as the interrogatories and requests are very specific, specific enough as indicated by your responses of attorney client privilege and work product privilege, which is yet again absurd - especially on requests about the Plaintiff.

Cordially,


Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241<tel:719-200-8241>
719-964-6101<tel:719-964-6101>
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>


The information contained in this email communication is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.



On Mon, May 20, 2013 at 8:36 AM, Chapman, Nathan <nchapman@wargofrench.com<mailto:nchapman@wargofrench.com><mailto:nchapman@wargofrench.com<mailto:nchapman@wargofrench.com>>> wrote:
You are incorrect.  The responses are due today.  We will serve them in accordance with the rules.

Sent from my iPhone

On May 20, 2013, at 9:34 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>>> wrote:

Gentlemen,

   As you know, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, your responses to Plaintiff's first discovery requests sent to you (Interrogatories and Requests for Production) were due on Friday, May 17, 2013.  I have not received your responses.  Accordingly, please provide complete responses by no later than Tuesday, May 21, 2013.

Cordially,

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241<tel:719-200-8241><tel:719-200-8241<tel:719-200-8241>>
719-964-6101<tel:719-964-6101><tel:719-964-6101<tel:719-964-6101>>
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>>

[Quoted text hidden]

---

**Westenberger, Bonnie P.** <bwestenberger@wargofrench.com>          Fri, May 24, 2013 at 7:48 AM
To: "Chapman, Nathan" <nchapman@wargofrench.com>, Patrick Hartley <patrickghartley@gmail.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Mr. Hartley,

Per Mr. Chapman's request, below is the federal express tracking information for your package.  Thank you,

```
Reference:                  4-00091

Estimated delivery:         May 24, 2013

Service type:               FedEx Standard Overnight

Packaging type:             FedEx Envelope

Number of pieces:           1

Weight:                     0.50 lb.

Special handling/Services:  Adult Signature Required

                            Deliver Weekday



Status:                     Picked up
```

```
Tracking number:                    799837559878
```

**Bonnie Westenberger**

*Legal Assistant to*

*Michael D. Kabat, Joseph W. Ozmer, Sarah T. Thompson, Nathan D. Chapman and Priya Vivian*



999 Peachtree Street NE

26th Floor

Atlanta, Georgia 30309

Telephone: (404) 853-1552

Facsimile: (404) 853-1501

E-mail: bwestenberger@wargofrench.com

---

**From:** Chapman, Nathan
**Sent:** Thursday, May 23, 2013 10:12 PM
**To:** Patrick Hartley
**Cc:** Josh A. Marks; Sherman, Paul; Westenberger, Bonnie P.
**Subject:** Re: Plaintiff's Interrogatories and Requests for Production 13-cv-158-rm-mjw

Mr. Hartley:

First, no one has threatened you. Second, your blanket characterization of Defendant's discovery responses as "absurd" without explanation is neither clear nor sufficient to satisfy your conferral obligations under the federal or local rules. Indeed, your e-mail gives us no basis upon which to evaluate the actual issues, if any, that you have with Defendant's discovery responses. Simply put, your e-mail appears to be more saber-rattling than an invitation to dialogue.

This e-mail will confirm that we stand ready to confer with you regarding any **specific** issues you may have, provided that you raise those issues in a constructive manner--i.e., without further name calling and baseless accusations against counsel.

You will receive Defendant's document production tomorrow.  I will have my assistant, Bonnie, e-mail you the tracking number in the morning.


Regards,


Nathan D. Chapman

Wargo French

999 Peachtree Street, NE

26th Floor

Atlanta, Georgia 30309

Telephone: (404) 853-1535

Facsimile: (404) 853-1536

Email: nchapman@wargofrench.com


On May 23, 2013, at 4:31 PM, "Patrick Hartley" <patrickghartley@gmail.com> wrote:

> Gentlemen,
>
>
> Let me be as clear as possible, I am willing to confer with you via email as everything must be documented after your misleading threats in previous telephone conversations.  I did not say there is no point in conferring; however, I did say that my requests were detailed enough that no further explanation is needed in regards to what I am looking for - especially when requests are related to the Plaintiff.
>
>
> Additionally,  How will your responsive documents be delivered to me tomorrow?  How will you be sending me this discovery? What is the tracking number?
>
>
> Cordially,
>
>
> Patrick Hartley
>
>
> On May 22, 2013 11:20 AM, "Chapman, Nathan" <nchapman@wargofrench.com> wrote:
>
> Mr. Hartley:

We anticipate producing responsive documents to you by Friday.

With respect to any issues you have with Defendant's objections to your discovery requests, which you have not explained beyond your statement that they are "absurd," you are required to meet and confer with us prior to filing a motion to compel. Simply telling us that there is no point in conferring is insufficient under the Federal Rules of Civil Procedure and the court's local rules. Accordingly, should you wish to discuss any purported deficiencies in Defendant's discovery responses, you should propose a time to conduct a telephone conference to meet and confer properly.

Please be advised that if you file a motion to compel before conferring with us, we will seek our attorney's fees and costs associated with responding to your motion.

Regards,

Nathan Chapman

Sent from my iPhone

On May 21, 2013, at 8:13 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>> wrote:

Gentlemen,

   After reading your responses yesterday, only one question arises: What discovery do you actually have relevant to 13-cv-158 that can be produced?

As you have asserted absurd objections to every interrogatory and request for production. if you do not produce discovery, i will write a motion to compel. failure to respond and provide discovery or failure to respond to this email by the 5pm on May 22, 2013 will result in my assumption that this email will suffice as conferring with Defendant. there is no need waste time trying to explain what it is that i am looking for, as the interrogatories and requests are very specific, specific enough as indicated by your responses of attorney client privilege and work product privilege, which is yet again absurd - especially on requests about the Plaintiff.

Cordially,


Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>


The information contained in this email communication is privileged and confidential. The information is intended only for use of the person or entity named above. If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited. If you have received this communication in error, please immediately notify me by telephone or e-mail. If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.



On Mon, May 20, 2013 at 8:36 AM, Chapman, Nathan <nchapman@wargofrench.com<

mailto:nchapman@wargofrench.com>> wrote:
You are incorrect. The responses are due today. We will serve them in accordance with the rules.

Sent from my iPhone

On May 20, 2013, at 9:34 AM, "Patrick Hartley" <patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>> wrote:

Gentlemen,

   As you know, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, your responses to Plaintiff's first discovery requests sent to you (Interrogatories and Requests for Production) were due on Friday, May 17, 2013. I have not received your responses. Accordingly, please provide complete responses by no later than Tuesday, May 21, 2013.

Cordially,

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241<tel:719-200-8241>
719-964-6101<tel:719-964-6101>
patrickghartley@gmail.com<mailto:patrickghartley@gmail.com><mailto:patrickghartley@gmail.com<mailto:patrickghartley@gmail.com>>


The information contained in this email communication is privileged and confidential. The information is intended only for use of the person or entity named above. If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited. If you have received this communication in error, please immediately notify me by telephone or e-mail. If I do not receive a bounce back from the destination email listed above, I will assume the intended recipient did receive this email.