

Patrick Hartley <patrickghartley@gmail.com>

# Phone call
3 messages

---

**Patrick Hartley** <patrickghartley@gmail.com>                                               Wed, May 8, 2013 at 2:55 PM
To: Nathan Chapman <nchapman@wargofrench.com>, Paul Sherman <psherman@wargofrench.com>, "Josh A. Marks" <jam@bhgrlaw.com>

> Gentlemen,
>
> After much consideration, I cannot document a phone conversation, please send any questios, comments, or concerns via email or correspondence.
>
> Cordially
>
> Patrick Hartley

---

**Chapman, Nathan** <nchapman@wargofrench.com>                                                Thu, May 9, 2013 at 9:41 AM
To: Patrick Hartley <patrickghartley@gmail.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Mr. Hartley,

We have informed you repeatedly in writing and in clear and concise terms that we are requesting that you cure the numerous deficiencies in your discovery responses and document production, which are described in detail in my April 26 letter.  We have now offered to confer with you by phone to clarify any issues that you may have difficulty understanding.  You have refused to meet and confer with us.  We ask that you reconsider your decision by the end of the day and provide your availability for a telephone conference.  If you do not, we will move forward with a motion to compel.

Thank you,

Nathan D. Chapman

**Wargo French**

999 Peachtree Street, NE

26th Floor

Atlanta, Georgia 30309

Telephone: (404) 853-1535

Facsimile: (404) 853-1536

Email: nchapman@wargofrench.com

Website: www.wargofrench.com



**From:** Patrick Hartley [mailto:patrickghartley@gmail.com]
**Sent:** Wednesday, May 08, 2013 4:55 PM
**To:** Chapman, Nathan; Sherman, Paul; Josh A. Marks
**Subject:** Phone call

[Quoted text hidden]

---

**Patrick Hartley** <patrickghartley@gmail.com>                                          Thu, May 9, 2013 at 2:05 PM
To: "Chapman, Nathan" <nchapman@wargofrench.com>
Cc: "Josh A. Marks" <jam@bhgrlaw.com>, "Sherman, Paul" <psherman@wargofrench.com>

Gentlemen,

It is untrue, as the email shows, that the pro se plaintiff has refused to confer with the Defendant.  You now threaten to lie to the court that I have refused to confer with you.  This, after ordering the destruction of evidence, and otherwise obstructing justice, a matter which has been reported to the relevant authorities, is beneath you.

I again, in the clearest possible terms, agree to confer with the Defendant via email on any and all matters.  As Defendants have made some extraordinary threats via telephone, made misrepresentations regarding procedure to the pro se plaintiff via telephone, and have further lowered themselves to the desperate act of ordering the destruction of evidence, our every communication must be documented.

Without addressing in this email the Defendant's willful destruction of evidence, obstruction of justice, ongoing violations of the law, and unprofessional threats in previous telephone calls, I remind you that I not a lawyer and therefore do not have the immediate knowledge to know if any part or parts of our conversations via telephone are lawful, ethical, or misrepresented.  As a pro se plaintiff, it is my right to be able to research your requests.

I assert attorney client privilege on all attorneys I have sought counsel for as possible representation in this action from members of the bar of this court.  Furthermore, the protection order issued by the court does not restrict the discussion of this case and nothing has been filed or labeled "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" as stated in paragraph 10 of the protection order.

Cordially,

Patrick Hartley

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
719-200-8241
719-964-6101
patrickghartley@gmail.com

The information contained in this email communication is privileged and confidential.  The information is intended only for use of the person or entity named above.  If the reader of this message is not the intended recipient, any dissemination, distribution of copying of this communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.

[Quoted text hidden]