# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 13-cv-00158-RM-MJW     FTR - Courtroom A-502

**Date:** February 11, 2014     Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>     <u>*Counsel*</u>

PATRICK G. HARTLEY,     Walker G. Harman, Jr.

    Plaintiff(s),

v.

TIME WARNER CABLE, LLC,     Nathan D. Chapman

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: STATUS CONFERENCE / MOTION HEARING
**Court in Session:** 10:59 a.m.
Court calls case. Appearances of counsel. Plaintiff is present.

The Court raises Notice (Motion) to Withdraw as Plaintiff's Counsel Pursuant to D. C. COLO. L. ATTY.R. 5(b) [Docket No. 118] for argument. Statements by attorney of record Walker G. Harman, Jr. and Plaintiff Patrick G. Hartley.

**It is ORDERED:**     Plaintiff's MOTION TO WITHDRAW AS COUNSEL [Docket No. **118**, filed February 03, 2014] is **GRANTED** for reasons as set forth on the record. Mr. Walker G. Harman, Jr. is WITHDRAWN as counsel for Plaintiff and shall be removed from electronic notice in the CM/ECF court record.

Plaintiff verifies his address and telephone number with the Court. The Clerk of the Court is directed to enter the following information to the Manual Notice List for all court mailings and contact:

Patrick G. Hartley
3930 Hickory Hill Drive
Colorado Springs, CO 80906
Telephone: (719) 964-6101

Plaintiff, now *Pro Se,* shall be reminded he is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. ) <u>and</u> the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or

in the office of the Clerk of the Court.  *Pro Se* Plaintiff shall also be reminded that "ghost writing" is not permitted.

Discussion is held regarding the Notice of Settlement filed on December 13, 2013 (Docket No. 109) in which defendant gave notice of a settlement of all issues between the parties.  There is a dispute between the *Pro Se* Plaintiff and Defendant

**It is ORDERED:**    Defendant shall have up to and including **FEBRUARY 21, 2014** within which to file its motion to enforce settlement which it believes exists.

Response and Reply shall be filed in accordance with the time frames set forth in D.C. COLO.LCivR .

Discussion is held regarding the STAY of all deadlines which was entered by the Court January 27, 2014.

**It is ORDERED:**    The STAY is hereby lifted.

**It is ORDERED:**    Scheduling Order [Docket No. 23, filed March 21, 2013] is AMENDED as follows:

   Discovery Cut-off is extended to    **MAY 12, 2014**
   Dispositive Motions Deadline is extended to    **JUNE 13, 2014**

The FINAL PRETRIAL CONFERENCE set APRIL 14, 2014 at 10:30 a.m.  is VACATED, as is the APRIL 07, 2014  deadline to file the Proposed Pretrial Order

The **FINAL PRETRIAL CONFERENCE** is RESET to   **AUGUST 12, 2014 at 10:30 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before   AUGUST 05, 2014.**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.  Defendant shall electronically file the proposed final pretrial order unless Plaintiff is represented by counsel.

It is noted Defendant filed a Notice of Withdrawal [Docket No. 87] of Motion for Partial Dismissal of Plaintiff's Complaint [Docket No. 45].  It is noted the Defendant has filed a Motion for Partial Dismissal of Plaintiff's Second Amended Complaint [Docket No. 92].  With no objection to withdrawing the motion to dismiss which does not pertain to the Second Amended Complaint,

**It is ORDERED:**    Defendant's NOTICE (Motion) OF WITHDRAWAL of Motion for Partial Dismissal of Plaintiff's Complaint [Docket No.  **87**, filed October 03, 2013] is **GRANTED,**
   and
   DEFENDANT TIME WARNER NY CABLE LLC'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND/OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S JURY DEMAND [Docket No. **45**, filed May 28, 2013]  is **WITHDRAWN.**

It is noted Defendant Time Warner NY Cable LLC's Motion for Partial Dismissal of Plaintiff's Second Amended Complaint [Docket No. **92**, filed October 08, 2013] is pending.

Hearing concluded.

**Court in recess:**   12:00 p.m.
Total In-Court Time     01:01

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.