## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.: 13-cv-00158-RM-MJW

PATRICK HARTLEY,

     Plaintiff,

v.

TIME WARNER NY CABLE LLC,

     Defendant.

---

### ORDER WITHDRAWING DEFENDANT TIME WARNER NY CABLE LLC'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND/OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S JURY DEMAND

( Docket No. 87 )

---

Defendant Time Warner NY Cable LLC ("Defendant") and Plaintiff have stipulated to the dismissal, with prejudice, of the claims that were the subject of Defendant's Motion for Partial Dismissal of Plaintiff's Complaint and/or in the Alternative to Strike Plaintiff's Jury Demand ("Motion to Dismiss") [D.E. 45.]  Defendant has therefore filed a Notice of Withdrawal of its Motion to Dismiss.  Accordingly, the Court hereby orders the withdrawal of Defendant's Motion to Dismiss.

Dated this _11_ day of ~~October, 2013.~~ February 2014

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge