IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s)

## ORDER

### Entered by Magistrate Judge Michael J. Watanabe

After reviewing The Harman Firm P.C.'s Motion to Quash Subpoena (docket no. 135), the Response Brief (docket no. 138), and the Reply (docket no. 139), it is hereby ORDERED that on or before April 15, 2014, The Harman Firm P.C. shall file with the court at restricted access Level 2 and consistent with D.C.COLO.LCivR. 7.2 those documents requested in the subject subpoena for *in camera* review by this court. This court will reserve ruling on The Harman Firm P.C.'s Motion to Quash Subpoena (docket no. 135) until after this court reviews the requested documents per the subject subpoena *in camera*.

Date: April 7, 2014