IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s)

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Time Warner NY Cable LLC's Motion for Telephone Status Conference (docket no. 147) is DENIED as MOOT. This court has ruled on the Non-Party The Harman Firm, P.C.s Motion to Quash Subpoena (docket no. 135) and Defendant Time Warner NY Cable LLC's Motion to Compel Production of Documents and Testimony Related to Settlement Communications, and Memorandum of Law in Support (docket no. 136). See docket no. 150.

Date: April 15, 2014