United States District Court
District of colorado

Case: 13-CV-158-RM-MJW

Patrick G. Hartley, et al
        Plaintiff

V.

Time Warner NY Cable, LLC
            Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 APR 29  PM 1: 42

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## Notice

The Pro Se Plaintiff Patrick G Hartley, hereby notifies the court that the plaintiff called an end to Time Warner NY Cable, LLC's deposition on April 29, 2014 because TNY exceeded the 7 hour limit on Deponants.

Respectfully Submitted this 29th Day of April, 2014

Patrick Hartley
3930 Hickory Hill Dr
CoS, CO 80906
759-964-6101