**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 13-cv-00158-RM-MJW

PATRICK HARTLEY,

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

DEFENDANT TIME WARNER NY CABLE LLC'S NOTICE OF WITHDRAWAL OF
MOTION TO ENFORCE SETTLEMENT AND REQUEST TO VACATE THE MAY 20
EVIDENTIARY HEARING

---

COMES NOW Defendant Time Warner NY Cable LLC ("TNY") and respectfully withdraws its Motion to Enforce Settlement or, Alternatively, for an Evidentiary Hearing ("Motion to Enforce"), previously filed on February 20, 2014. [*See* D.E. 131]. TNY filed its Motion to Enforce based on Plaintiff's former counsel's multiple representations to TNY's counsel and the Court that Plaintiff had agreed to the terms of a proposed settlement in this action, including a claim that Plaintiff's agreement to the settlement was memorialized in an e-mail to his former counsel. On April 15, 2014, the Court ordered Plaintiff and his former counsel to produce all settlement-related discussions between them pursuant to the Court's finding that Plaintiff had waived the attorney-client privilege with respect to those communications. [D.E. 150.] After TNY reviewed the settlement-related communications produced by Plaintiff and deposed Plaintiff and Plaintiff's former counsel, it became evident that, despite his former counsel's multiple representations to TNY and the Court, Plaintiff never, in fact, authorized his former counsel to accept TNY's settlement offer on the terms to which

they agreed on his behalf.[1] Accordingly, TNY respectfully withdraws its Motion to Enforce [D.E. 131] and requests that the Court vacate the May 20, 2014 evidentiary hearing on that Motion to Enforce [D.E. 134].

Respectfully submitted, this 12th day of May, 2014.

s/ *Nathan D. Chapman*

| | |
|---|---|
| Nathan D. Chapman | Josh A. Marks |
| Paul G. Sherman | BERG HILL GREENLEAF & RUSCITTI LLP |
| WARGO & FRENCH LLP | 1712 Pearl Street |
| 999 Peachtree Street, NE | Boulder, CO 80302 |
| 26th Floor | Tel: (303) 402-1600 |
| Atlanta, Georgia 30309 | Fax: (303) 402-1601 |
| Tel: (404) 853-1500 | Email: jam@bhgrlaw.com |
| Fax: (404) 853-1501 | |
| Email: nchapman@wargofrench.com | |
| psherman@wargofrench.com | |

---

[1] Given Plaintiff's former counsel's misrepresentations regarding Plaintiff's agreement to settle this litigation, TNY intends to confer with Plaintiff's former counsel regarding TNY's fees and costs associated with drafting the Motion to Enforce, preparing for and taking the two depositions of Plaintiff's counsel and otherwise preparing for the May 20 evidentiary hearing. If TNY and Plaintiff's former counsel cannot informally resolve that matter, TNY intends to file a motion seeking to recover its fees and costs from Plaintiff's former counsel pursuant to 28 U.S.C. § 1927.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, a true and correct copy of the foregoing was e-served upon the following via ECF/PACER:

Dennis W. Hartley
Dennis W. Hartley, P.C.
1749 South Eight Street, #5
Colorado Springs, CO 80905

Thomas M. Haskins
Lisha Renee Mckinley
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206

    s/ *Nathan D. Chapman*
    Nathan D. Chapman