# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY, *et al.*

    Plaintiff,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

## NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OF NATHAN CHAPMAN AND PAUL SHERMAN

Plaintiff's Motion for Depositions of Chapman and Sherman [Document 162] is hereby withdrawn, Defendant having withdrawn its Motion to Enforce Settlement [Document 131].

DATED: May 13, 2014.

    Respectfully submitted,

*s/Thomas M. Haskins III*
Thomas M. Haskins III
Lisha R. McKinley
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
Tel: (719) 440-1800
Tel: (303) 399-3000
Fax: (303) 399-2650
Email: thaskins@s-d.com
    mckinleyl@s-d.com
*Attorneys for Plaintiff Patrick G. Hartley*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2014, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OF NATHAN CHAPMAN AND PAUL SHERMAN** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following counsel:

Nathan D. Chapman
Paul G. Sherman
Wargo & French LLP
999 Peachtree Street, NE
26th Floor
Atlanta, GA 30309

Josh A. Marks
Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302

Dennis W. Hartley
1749 S. Eighth Street, #5
Colorado Springs, CO  80904

*s/Chris Allen*

EJ5035

2