IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendant Time Warner NY Cable LLC's Notice of Withdrawal of Motion to Enforce Settlement and Request to Vacate the May 20 Evidentiary Hearing (Docket No. 165), which has been construed as a motion, is granted.  It is thus further

     ORDERED that Defendant Time Warner NY Cable LLC's Motion to Enforce Settlement or, Alternatively, for an Evidentiary Hearing (Docket No. 131) is deemed withdrawn, and the Evidentiary Hearing set to be held before this court on May 20, 2014, at 9:00 a.m. is VACATED.   It is thus further

     ORDERED that the portion of the plaintiff's Motion for Enlargement of Time in Scheduling Order and to Vacate Evidentiary Hearing (Docket No. 161) which concerns vacating the evidentiary hearing is denied as moot.

     It is further ORDERED that plaintiff's Notice of Withdrawal of Motion for Leave to Conduct Depositions of Nathan Chapman and Paul Sherman (Docket No. 166), which has been construed as a motion, is granted.  It is thus further

     ORDERED that plaintiff's Motion for Leave to Conduct Depositions of Nathan Chapman and Paul Sherman (Docket No. 162) is deemed withdrawn.

     It is further ORDERED that plaintiff's Motion for Status Conference (Docket No. 167) is granted.  A Status Conference and Motion Hearing shall be held on May 20, 2014, at 9:00 a.m. before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At that time, the court will address the plaintiff's Motion for Enlargement of Time in Scheduling Order (Docket No. 161).

Date: May 13, 2014