IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Time Warner NY Cable LLC's Unopposed Motion to Appear by Telephone at May 20 Status Conference and Motion Hearing (Docket No. 171) is granted.  Accordingly, defense counsel may call the court at (303) 844-2403 for the Status Conference and Motion Hearing on May 20, 2014, at 9:00 a.m. Mountain Time.

Date: May 16, 2014