# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 13-cv-00158-RM-MJW | FTR - Courtroom A-502 |
| **Date:** May 20, 2014 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| PATRICK G. HARTLEY, | Dennis W. Hartley |
| | Thomas M. Haskins, III |
| Plaintiff(s), | |
| v. | |
| TIME WARNER CABLE, LLC, | Nathan D. Chapman (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING / STATUS CONFERENCE
**Court in Session:** 9:00 a.m.
Court calls case. Appearances of counsel. Plaintiff is also present.

The Court raises Plaintiff's Motion for Enlargement of Time in Scheduling Order and to Vacate Evidentiary Hearing [Docket No. 161] for argument. It is noted that portion of the Motion requesting to vacate the Evidentiary Hearing was decided in the Court Minute Order [Docket No. 169] entered May 13, 2014.

**It is ORDERED:**   Plaintiff's MOTION FOR ENLARGEMENT OF TIME IN SCHEDULING ORDER [Docket No. **161**, filed May 09, 2014] is **GRANTED** for reasons as set forth on the record.

Scheduling Order [Docket No. **23**, filed March 21, 2013] is amended:
Discovery deadline is extended to   **AUGUST 04, 2014**
Dispositive Motions deadline is extended to **SEPTEMBER 05, 2014**

Final Pretrial Conference set AUGUST 12, 2014, at 10:30 a.m. is VACATED and RESET to **NOVEMBER 05, 2014   at 9:00 a.m.** (Mountain Time). in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,   901 19th Street, Denver, Colorado 80294.

The deadline of AUGUST 05, 2014,  for parties to file their Proposed Pretrial Order is VACATED and RESET to **OCTOBER 29, 2014.**

Parties are GRANTED leave to take the depositions as outlined in Plaintiff's Motion for Status Conference, ¶ 5, Docket No. 167, filed May 13, 2014.

Defendant is GRANTED additional time and leave to re-open the deposition of plaintiff, Patrick G. Hartley. Defendant shall have an additional four (4) hours for this deposition as to the Amended Complaint claims.

Discussion is held regarding Defendant's Motion for Contempt.

**It is ORDERED:**  Defendant Time Warner NY Cable LLC's MOTION FOR CONTEMPT [Docket No. **155**, filed May 06, 2014] is **DENIED AS MOOT, WITHOUT PREJUDICE ,** for reasons as set forth on the record.

Plaintiff shall mail the documents addressed in the motion [Docket No. 155] to Defendant **on or before MAY 23, 2014.**

Discussion is held regarding Plaintiff's Motion to Compel Discovery From Defendant Time Warner NY Cable, LLC Pursuant to F.R.C.P. [sic] 26 and F.R.C.P. [sic] 37.

**It is ORDERED:**  Plaintiff's MOTION TO COMPEL DISCOVERY FROM DEFENDANT TIME WARNER NY CABLE, LLC PURSUANT to F.R.C.P. [sic] 26 and F.R.C.P. [sic] 37 [Docket No. **152**, filed April 29, 2014] is **WITHDRAWN WITHOUT PREJUDICE,** for reasons as set forth on the record.

Discussion is held regarding the failure of Plaintiff' previous counsel, Walker G. Harman, Jr., to provide a complete copy of his file to the Plaintiff, as ordered by the Court. Plaintiff's counsel shall make one more effort to contact Mr. Harman to obtain the file. If there is no success in obtaining the file, Plaintiff may file a Motion for Contempt as to Walker G. Harman, Jr. **on or before MAY 29, 2014.**

Hearing concluded.
**Court in recess:**     9:48 a.m.
Total In-Court Time 00:48

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.