IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00158-RM-MJW

PATRICK G. HARTLEY,

Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant Time Warner NY Cable LLC's Unopposed Motion to File Sur-Reply in Opposition to Plaintiff's Motion for Enlargement of Time in Scheduling Order and to Vacate Evidentiary Hearing (Docket No. 175) is granted, and the Sur-Reply (Docket No. 175-1) and the Declaration in Support of the Sur-Reply (Docket No. 175-2) are accepted for filing and were considered by the court when ruling on the motion for enlargement of time (Docket No. 161).

Date: May 22, 2014